**Order entered December 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01571-CV

## IN RE TARRANT COUNTY REPUBLICAN PARTY, Relator

### Original Proceeding from Tarrant County[1]

## ORDER
Before Justices Schenck, Reichek, and Evans

Before the Court is relator's December 23, 2019 emergency petition for writ of mandamus challenging the Tarrant County Democratic Chair's refusal to comply with relator's request for certain information pursuant to the Texas Public Information Act.

We request respondent to file her response, if any, to the petition for writ of mandamus by noon **December 27, 2019.**

/s/    DAVID W. EVANS
       JUSTICE

---

[1] The Second Court of Appeals certified this original proceeding to this Court stating they were unable to assemble a panel to take immediate action in this original proceeding because members of the court are recused. *See* TEX. R. APP. P. 17.2.